## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| DANA LOESCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Cause No.:  4:12-cv-02365 |
| | ) |
| BREITBART.COM, LLC, | ) |
| a California limited liability company, | ) |
| | ) |
| Defendant. | ) |

## VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FRCP Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's counsel hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against Defendant.  <u>Parties to bear their own attorney's fees and costs.</u>

Dated: June 27, 2013

                  Respectfully submitted,

                  **KAYIRA LAW, LLC**

                  By:/s/ Eric Kayira
                  Eric F. Kayira, 50762MO
                  10 S. Lyle Ave.
                  Clayton, Missouri 63104
                  Telephone: 314-727-3100
                  Facsimile: 314-727-3101
                  eric.kayira@kayiralaw.com
                  *Attorneys for Plaintiff Dana Loesch*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 27, 2013 a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system and that a copy hereof will be electronically served by the electronic filing system upon all counsel of record.


                        By:/s/ Eric Kayira
                           Eric F. Kayira